**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **LETICIA V. EFFLEY,** | ) | **NO. CV 17-5802-FMO (KS)** |
| **Plaintiffs,** | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **ROBERT MARCHAL LANGLEY, et al,** | ) ) ) | |
| **Defendants.** | ) ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: October 20, 2017

_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE